IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CR-081-RJC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| MARY SGUEGLIA LOPES, | ) | |
| Defendant, | ) | |
| and | ) | |
| ERTEL CONSTRUCTION, INC., | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion for Dismissal Of Writ Of Continuing Garnishment" (Document No. 26). The Court has reviewed the motion, which notes that "the Defendant is no longer employed by the Garnishee." Id. at p. 1.

**IT IS, THEREFORE, ORDERED** that upon motion of the United States for the reasons stated therein and for good cause shown, the Writ of Continuing Garnishment (Document No. 22) filed in this case against the Defendant is **DISMISSED**.

**SO ORDERED.**

Signed: September 1, 2021

David C. Keesler
United States Magistrate Judge